## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILDEARTH GUARDIANS | ) | |
| 516 Alto St. | ) | |
| Santa Fe, NM 87501 | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:17-cv-1772 |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. BUREAU OF LAND MANAGEMENT | ) | |
| 1849 C St. NW | ) | |
| Washington, D.C., 20240, | ) | |
| | ) | |
| Defendant. | ) | |

---

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

---

### INTRODUCTION

1.      Defendant United States Bureau of Land Management ("BLM") has violated the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq.* by failing to provide a determination on Plaintiff WildEarth Guardians' ("Guardians") FOIA request within the time limits provided by FOIA. This lawsuit requests an order that declares that BLM has violated FOIA by withholding documents responsive to Guardians' request, enjoins BLM to immediately provide a determination on Guardians' FOIA request, and enjoins BLM to provide Guardians with the files it has requested by a date certain.

### JURISDICTION AND VENUE

2.      This Court has jurisdiction over this action pursuant to the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(B). This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question).

3.      This Court has authority to grant declaratory relief pursuant to the Declaratory Judgment Act. 28 U.S.C. § 2201. This Court has authority to grant injunctive relief pursuant to 28 U.S.C. § 2202 and 5 U.S.C. § 552(a)(4)(B).

4.      This Court has authority to award costs and attorney fees pursuant to 28 U.S.C. § 2414 and 5 U.S.C. § 552(a)(4)(E).

5.      Venue is appropriate under 5 U.S.C. § 552(a)(4)(B), 5 U.S.C. § 703, and 28 U.S.C. § 1391.

**PARTIES**

6.      Plaintiff WILDEARTH GUARDIANS ("Guardians") is a non-profit conservation organization dedicated to protecting and restoring the wildlife, wild places, wild rivers, and health of the American West. Guardians has offices in Colorado, Montana, New Mexico, Arizona, Washington, and Oregon. With more than 184,000 members and supporters, Guardians works to sustain a transition from fossil fuels to clean energy in order to safeguard the West. The records sought in this action are requested in support of these efforts.

7.      Guardians works in furtherance of its goals in part by acquiring information regarding federal programs and activities through the federal Freedom of Information Act. Guardians then compiles and analyzes that information and, subsequently, disseminates that information to its membership, the general public, and public officials through various sources including publications, reports, its website and newsletter, general news media coverage, and public presentations. Guardians' successful efforts at educating the public on issues concerning federal government programs and activities that affect the environment contribute significantly to the public's understanding of governmental operations and activities. Guardians also uses the information that it acquires through FOIA to participate in federal decision making processes, to

file administrative appeals and civil actions, and generally to ensure that federal agencies comply with federal environmental laws.

8.      Guardians and its members are directly injured by BLM's failure to comply with the statutory requirements of FOIA and a favorable outcome of this litigation will redress that injury. Guardians brings this action on behalf of itself, its staff, and its members.

9.      Defendant BUREAU OF LAND MANAGEMENT ("BLM") is a federal agency within the United States Department of the Interior. BLM is in possession and control of the records sought by Guardians, and as such, BLM is subject to FOIA pursuant to 5 U.S.C. § 552(f).

## FACTUAL AND LEGAL BACKGROUND

10.      FOIA requires federal agencies to "determine within 20 days . . . after the receipt of any [FOIA] request whether to comply with such request and . . . immediately notify the person making such request of such determination and the reasons therefore[.]" 5 U.S.C. § 552(a)(6)(A)(i)(I).

11.      On February 2, 2017, Guardians submitted a Freedom of Information Act request to BLM. Guardians submitted the FOIA via email. The FOIA request was for any and all records related to: (1) a series of 2016 Interior Board of Land Appeals ("IBLA") rulings in WildEarth Guardians' favor holding that BLM Field Managers were not delegated the authority to approve coal leases by application or to approve coal lease modifications, and (2) two 2016 letters Guardians sent to BLM requesting that the agency cancel coal leasing decisions that were approved by BLM employees without delegated authority.

12.     Having received no communications from BLM regarding its FOIA request, Guardians sent an April 22, 2017, e-mail to the BLM FOIA Officer inquiring as to the status of its request.

13.     Having received no communications whatsoever related to its FOIA request, on March 10, 2017, Guardians appealed BLM's failure to respond to its February 2, 2017, FOIA request within the statutory time limits. Guardians filed this appeal with the U.S. Department of the Interior's Office of the Solicitor. The Office of the Solicitor was required to respond to Guardians' appeal within 20 working days under FOIA. 5 U.S.C. § 552(a)(6)(A)(ii). As of the date of this complaint, the Office of the Solicitor has not responded to Guardians' FOIA appeal.

14.     On June 19, 2017, Guardians received confirmation via e-mail from BLM that it received Guardians' FOIA request and the request was being processed. The request number was listed as "BLM-2017-00363." According to the e-mail, BLM was processing Guardians' FOIA request on the "voluminous" track, which is for requests requiring more than 60 business days to process. BLM did not assert in this communication that any "unusual circumstances" were present that would merit a 10 work day extension. Additionally, BLM did not request that Guardians limit the scope of the request or agree to an alternative time period for processing.

15.     Having received no determination as to its initial request or its appeal, on August 21, 2017, Guardians sent another e-mail to the BLM FOIA Officer requesting a status update for the request. As of the filing of this Complaint, BLM has not responded to this inquiry.

16.     Guardians has fully exhausted its administrative remedies under 5 U.S.C. § 552(a)(6)(C) for its FOIA request. Guardians now turns to this Court to enforce the remedies and public access to agency records guaranteed by FOIA.

## CLAIM FOR RELIEF

### Violation of FOIA—Failure to Respond to Guardians' FOIA Request Within the Statutory Time Frame

17.    All previous paragraphs are incorporated herein by reference.

18.    BLM's failure to respond to Guardians' FOIA request within the 20 work day statutory time frame violated FOIA. 5 U.S.C. § 552(a)(6)(A)(i).

19.    BLM continues to violate FOIA by failing to respond to Guardians' request for documents and records relating to the IBLA decisions and Guardians' letters.

20.    Unless enjoined and made subject to a declaration of Guardians' legal rights by this Court, BLM will continue to violate Guardians' rights to receive public records under FOIA.

21.    Guardians is entitled to reasonable costs of litigation, including attorney fees pursuant to FOIA, for this violation. 5 U.S.C. § 552(a)(4)(E).

## REQUEST FOR RELIEF

WHEREFORE, WildEarth Guardians respectfully requests that this Court:

A.    Declare that BLM violated FOIA by failing to make a timely determination on Guardians' records request;

B.    Order BLM to immediately make a determination on Guardians' records request and provide Guardians with the records responsive to its request;

C.    Maintain jurisdiction over this action until BLM complies with FOIA;

D.    Award Guardians its costs and reasonable attorney fees incurred in prosecuting this action, 5 U.S.C. § 552(a)(4)(E); and

E.    Grant such other and additional relief as the Court deems just and proper.

Respectfully submitted on the 30th day of August, 2017,

/s/ Samantha Ruscavage-Barz
Samantha Ruscavage-Barz (Bar No. CO0053)
WildEarth Guardians
516 Alto St.
Santa Fe, New Mexico 87501
(505) 401-4180 (office)
(505) 213-1895 (fax)
sruscavagebarz@wildearthguardians.org